UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HPROF, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>M R F FLORES and DOES 1 to 15,<br><br>              Defendants. | No.  2:15-cv-454-MCE-EFB (PS)<br><br><br>ORDER |

On March 3, 2015, the magistrate judge filed Findings and Recommendations (ECF No. 3) herein which were served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

///
///
///
///
///
///
///

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed March 3, 2015 (ECF No. 3) are ADOPTED IN FULL; and

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of Solano.

IT IS SO ORDERED.

Dated:  April 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT